UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MRM SUPERMARKETS, INC. d/b/a CONSTANTIN'S BREADS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-CV-1681 |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, MARC RODRIGUEZ AND MICHAEL KING, | § § § § § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants file this Joint Motion to Dismiss with Prejudice and respectfully state:

1. Plaintiff and Defendants have resolved their dispute and, therefore, request that the Court enter an Order dismissing, with prejudice, any and all claims and causes of action Plaintiff has asserted against Defendants in this lawsuit, with each party to bear its own fees and costs.

**WHEREFORE**, Plaintiff and Defendants jointly move this Court for an Order dismissing Plaintiff's claims and causes of action against Defendants, with prejudice to the refiling of same.

Respectfully submitted,

By: */s/ William A. Kendall*
William A. Kendall
State Bar No. 24004736
wk@smimth-kendall.com
Robert N. Grisham, II
State Bar No. 00792550
Robert@grishamlaw.com

**SMITH KENDALL, PLLC**
5910 North Central Expressway, Suite 925
Dallas, TX  75206
Telephone:     214-361-6124
Facsimile:      214-361-6126

**ATTORNEYS FOR PLAINTIFF MRM SUPERMARKETS, INC. D/B/A CONSTANTIN'S BREADS**

-and-

By: */s/ Jennifer L. Gibbs*
James W. Holbrook, III
State Bar No. 24032426
jholbrook@zelle.com
Jennifer L. Gibbs
State Bar No. 24050656
jgibbs@zelle.com

**ZELLE HOFMANN VOELBEL & MASON LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:     214-742-3000
Facsimile:      214-760-8994

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of this document has been forwarded to all counsel of record by e-filing in compliance with the applicable FEDERAL RULES OF CIVIL PROCEDURE, on November 16, 2015.

              */s/ Jennifer L. Gibbs*
              Jennifer L. Gibbs