UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MRM SUPERMARKETS, INC. d/b/a CONSTANTIN'S BREADS, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-CV-1681-B |
| TRAVELER'S LLOYDS INSURANCE CO., MARC RODRIGUEZ, and MICHAEL KING, | § § § § § | |
| Defendants. | § | |

ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Motion to Dismiss with Prejudice (Doc. 7), filed on November 16, 2015. The parties request that the Court dismiss all claims in the above-captioned action with prejudice.

After reviewing the Motion, the Court finds that it should be, and hereby is, **GRANTED**. Accordingly, the Court **ORDERS** that all claims and causes of action asserted in the above-captioned matter be **DISMISSED with prejudice** to the refiling of the same. The Court further **ORDERS** that each party bear its own costs.

SO ORDERED.

SIGNED: November 17, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -